# Notice Recipients

District/Off: 0970–4            User: schriste            Date Created: 1/26/2010
Case: 4:10–bk–01902           Form ID: nch13pln          Total: 16

**Recipients of Notice of Electronic Filing:**
aty       DENNIS M BREEN, III       dennis@tucsonbusinesslaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        LINDA L FRANKLIN       4021 S GRAND PALM DRIVE       TUCSON, AZ 85730
smg       AZ DEPARTMENT OF REVENUE       BANKRUPTCY &LITIGATION       1600 W. MONROE, 7TH FL.       PHOENIX, AZ 85007–2650
8843709   Americas Servicing Co.       3476 Stateview Blvd       Fort Mill SC 29715
8843710   Capital One       P.O. Box 30285       Salt Lake City UT 84130
8843711   Chevron/GE Money Bank       P.O. Box 530950       Atlanta GA 30353
8843712   GMAC       P.O. Box 79135       Phoenix AZ 85062–9135
8843714   HSBC       P.O. Box 5251       Carol Stream IL 60197
8843713   Household Finance Corp–HSC       P.O. Box 4135       Carol Stream IL 60128
8843715   Kohl's       P.O. Box 30510       Los Angeles CA 90030
8843716   Macys Department Store       P.O. Box 689195       Des Moines IA 50368
8843717   Prudential       1126 W Westrac Drive       Fargo ND 58103
8843718   Shell       P.O. Box 183018       Columbus OH 43218
8843719   Vantage West Credit Union       P.O. Box 15159       Tucson AZ 85708
8843720   Walmart–GE Money Bank       P.O. Box 530927       Atlanta GA 30353
8843721   Wells Fargo Credit Card       P.O. Box 30086       Los Angeles CA 90030

TOTAL: 15