Dianne C. Kerns, Trustee  
Office of Chapter 13 Bankruptcy  
PMB #413  
7320 N. La Cholla #154  
Tucson, AZ 85741  
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 PROCEEDINGS |
| ) | |
| LINDA L FRANKLIN ) | CASE NO.: 10-01902-TUC-JMM |
| ) | |
| ) | **TRUSTEE'S CONDITIONAL** |
| ) | **OBJECTION TO EXEMPTIONS** |
| ) | |
| Debtor ) | |

  Dianne C. Kerns, the Trustee in the above-captioned estate, hereby conditionally objects to all exemptions listed in Debtor's Schedule C Property Claimed as Exempt. This conditional objection is filed as a precautionary matter for the purpose of preserving the right to object to exemptions in the event that information regarding the same does not become available in a timely fashion. No response is required unless and until the Trustee files an unconditional objection to a specific exemption.

Dated: February 18, 2010        /s/ Dianne C. Kerns 011557
                     Dianne C. Kerns, Esq.
                     Chapter 13 Trustee

Copy of the foregoing was electronically filed with U.S. Bankruptcy Court, mailed to the Debtor, and noticed via ECF Summary to the representing attorney on 02/18/2010:

LINDA L FRANKLIN           DENNIS BREEN III
4021 S GRAND PALM DR        6818 W ORACLE RD
TUCSON, AZ 85730          STE 420
                     TUCSON, AZ 85704

Submitted by Nancy Strickler